UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMMANUEL CHRISTIAN PRICE,<br><br>Plaintiff,<br><br>v.<br><br>LAMB, et al.,<br><br>Defendants. | No. 2:17-cv-0099 GEB KJN P<br><br><br><br>ORDER |
| IMMANUEL CHRISTIAN PRICE,<br><br>Plaintiff,<br><br>v.<br><br>C&PR, et al.,<br><br>Defendants. | No. 2:17-cv-0382 GEB EFB P |

    Examination of the above-entitled actions reveals that these cases are related within the meaning of Local Rule 123(a). The actions involve the same property, transaction or event and similar questions of fact and the same question of law. Accordingly, assignment of the matters to the same judge is likely to effect a substantial saving of judicial effort and is also likely to be convenient for the parties.

////

1

The parties should be aware that relating the cases under Local Rule 123 merely has the result that the actions are assigned to the same judge; no consolidation of the actions is effected. Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

Therefore, IT IS ORDERED that:

1. The action denominated as 2:17-cv-0382 GEB EFB is reassigned to Magistrate Judge Kendall J. Newman for all further proceedings, and any dates currently set in the reassigned case, 2:17-cv-0382, only are hereby VACATED. Henceforth, the caption on documents filed in the reassigned case shall be shown as No. 2:17-cv-0382 GEB KJN.

2. The Clerk of the Court shall add United States District Judge Garland E. Burrell to case 2:17-cv-0099 KJN.

3. The Clerk of the Court shall make appropriate adjustments in the assignment of civil cases to compensate for this reassignment.

Dated: August 8, 2017

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/pric0382.860